U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 SEP -1 AM 11: 45

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. |
| KEVIN GOBIN, | ) 5:16-cr-120-1 |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about April 22, 2014, in the District of Vermont, the defendant, KEVIN GOBIN, knowingly possessed at least one matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been so shipped and transported, by any means including by computer, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(18 U.S.C. § 2252(a)(4))

A TRUE BILL

_____
FOREPERSON

*Eric S. Miller* (BAM)
ERIC S. MILLER
United States Attorney

Burlington, Vermont
September 1, 2016